**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7736**

———————

DAVIS MOSES LEUDVICK,

                                        Petitioner - Appellant,

        versus

ROY W. CHERRY, Superintendent, Hampton Roads
Regional Jail, Portsmouth, Virginia; WARREN A.
LEWIS, District Director, Immigration and
Naturalization Service; JAMES ZIGLER,
Commissioner, Immigration and Naturalization
Service; JOHN ASHCROFT, Attorney General of
the United States,

                                        Respondents - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (CA-03-1107-AM)

———————

Submitted: March 12, 2004          Decided: April 19, 2004

———————

Before LUTTIG, WILLIAMS, and DUNCAN, Circuit Judges.

———————

Remanded by unpublished per curiam opinion.

———————

Davis Moses Leudvick, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Moses Leudvick appeals the district court's order dismissing his petition for habeas corpus, 28 U.S.C. § 2241 (2000), pursuant to Fed. R. Civ. P. 41(b). After the district court dismissed Leudvick's petition for failure to inform the court of a new address, Leudvick filed a notice of appeal. He subsequently filed a document tending to show that he did not have a new address. The district court construed this document as a motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b)(1) and issued an order indicating its inclination to grant the motion. See Fobian v. Storage Tech. Corp., 164 F.3d 887, 891 (4th Cir. 1999). Accordingly, we remand for the limited purpose of consideration of the merits of Leudvick's motion pursuant to Fed. R. Civ. P. 60(b). See Fobian at 892. We express no opinion on the merits of the motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

REMANDED